Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>G FLOR, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.: C16-0447 YGR<br><br>[PROPOSED] JUDGMENT<br><br>*AS MODIFIED BY THE COURT* |

On December 16, 2016, Plaintiffs' Motion for Default Judgment was granted. Pursuant to Federal Rule of Civil Procedure 58, Judgment is therefore entered in favor of Plaintiffs and against Defendant. The Clerk of Court shall close the file in this matter.

Judgment is entered in the total amount of $688,465.51, plus interest, consisting of the following:

(1) unpaid contributions in the amount of $534,126.96;

(2) liquidated damages in the amount of $114,506.41;

(3) interest in the amount of $17,883.23;

(4) fees for performing in the audit in the amount of $2,170.00;

(5) reasonable attorney's fees in the amount of $18,880.50;

(6) costs in the amount of $898.41; and

(7) interest continues to accrue on amounts owed at a rate of 5% per annum, from September 30,

1

2016 until paid, and at post-judgment interest rates on the balance of the judgment.

    IT IS SO ORDERED.

    IT IS FURTHER ORDERED that the Court retain jurisdiction over this matter for a period not longer than one year from the date of this Order.

DATED: December 28, 2016

                                       YVONNE GONZALEZ ROGERS

                                       UNITED STATES DISTRICT COURT JUDGE